# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  MAHAN, James C. | 2. Court or Organization  U.S. District Court, Nevada | 3. Date of Report  08/07/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge (Active) | 5a. Report Type (check appropriate type)  [ ] Nomination    Date  [ ] Initial  [✓] Annual  [ ] Final  5b. [✓] Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

333 Las Vegas Boulevard South
Suite 6085
Las Vegas,
Nevada 89101

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

[✓] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

[✓] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 08/07/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 08/07/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. -- Aberdeen Funds | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 3. -- American Century Mutual Funds Growth Fund | A | Dividend | | | Sold | 12/07/16 | J | | |
| 4. -- American Europacific Growth Fund Fu Cl F2 | A | Dividend | J | T | Buy (add'l) | 09/07/16 | J | | |
| 5. -- American Europacific Diversified BD FD Instl CL | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 6. -- AMG Funds III | A | Dividend | | | Sold | 12/07/16 | J | | |
| 7. -- AQR FDS | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 8. -- Blackrock FDS II Core Bond Instl Class BFMCX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 9. -- Blackrock Funds II Strategic Income (X) | A | Dividend | | | Sold | 09/07/16 | J | | |
| 10. --Blackrock Funds Global Long Short CR FD Instl | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 11. -- Brookfield INVT Funds | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 12. -- Cohen & Steers Rlty Shares Inc CSRSX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 13. -- Deutsche Securities Tr | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 14. -- Eaton Vance Mutual FDS | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 15. -- Europacific Growth FD CL F-1 AEGFX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 16. -- Goldman Sachs Tr Final Square Treas Instrs FD Instl CL | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 17. -- Goldman Sachs Tr Final Square Treas Instrs FD Instl CL | | | | | Buy (add'l) | 12/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Harbor FD | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 19. -- Ing Ser FD Inc small CD Fd CL 1 AESGX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 20. -- Invesco Comstock Fund Class Y | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 21. -- John Hancock Funds II | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 22. -- Janus INVT FD | A | Dividend | | | Sold | 12/07/16 | J | | |
| 23. -- JP Morgan TR II Core BD FD Select CL | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 24. -- JP Morgan Small Cap Equity Fund Class Select | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 25. -- Managers Funds Bond Fund MGFIX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 26. -- MFS Ser TR I Value FD CL 1 | A | Dividend | | | Sold | 09/07/16 | J | | |
| 27. -- MFS Ser TR I Value FD CL ' | A | Dividend | J | T | Sold (part) | 12/06/16 | J | | |
| 28. -- MFS Ser TR X Emerging Funds Debt Fund Class 1 | A | Dividend | | | Sold | 09/07/16 | J | | |
| 29. -- Metropolitan West FDS - Total Return BD FD CL 1 | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 30. -- Newberger Berman Alternative FDS - Long Short Fund INSTL CL | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 31. -- Oppenheimer Intl BD FD Class Y | A | Dividend | | | Sold | 12/07/16 | J | | |
| 32. -- Pimco FDS PAC INVT MGMT SER TOTAL RETURN FD INST CL PTTRX | A | Dividend | J | T | Sold (part) | 12/06/16 | J | | |
| 33. -- Pimco FDS PAC INVT MGMT SER TOTAL RETURN FD INSTL CL PTTRX | | | | | Buy (add'l) | 12/07/16 | J | | |
| 34. -- Principal FDS Inc | A | Dividend | J | T | Buy | 12/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- Thornburg INVT TR INVT Income Builder FD CL TIBIX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 36. -- T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 37. -- Voya Small Co FD CL 1 | A | Dividend | | | Sold | 12/07/16 | J | | |
| 38. -- Wells Fargo Adv Funds TR Adv Shr Dur Govt BD FD CI I WSGIX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 39. JOINT TENANCY ACCOUNT | | | | | | | | | |
| 40. -- AMG Funds III Managers Bond Fund Instl Class | A | Dividend | | | Sold | 12/07/16 | J | | |
| 41. -- Abderdeen US Small Cap EQ Fund Instl Class | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 42. -- AMG Funds III Managers Bond Fund Instl Class | A | Dividend | | | Sold | 12/07/16 | J | | |
| 43. -- American Century Mut Funds Growth Fund | A | Dividend | | | Sold | 12/07/16 | J | | |
| 44. -- American Century Inv Tr Diversified BD Fd Instl CL | A | Dividend | K | T | Buy | 12/08/16 | K | | |
| 45. -- American Europacific Growth Fund FU CL F2 | C | Dividend | J | T | Buy | 12/07/16 | J | | |
| 46. -- AQR FDS Managed Futures Strategy FD CL 1 | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 47. -- Blackrock FDS II Core Bond Port Instl Class | A | Dividend | | | Sold | 12/07/16 | K | | |
| 48. -- Blackrock Funds II Strategic Income | A | Dividend | | | Sold | 09/07/16 | J | | |
| 49. -- Blackrock Funds Global Long/Short CR FD Instl | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 50. -- Brookfield Invt Funds global Listed Real Estate FD CL Y | B | Dividend | J | T | Buy | 12/14/16 | J | | |
| 51. -- Cohen & Steers Rlty Shares Inc. CSRSX | A | Dividend | | | Sold | 12/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- Deutsche Secs TR Enhanced Commodity | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 53. -- Eaton Vance Mutual FDS Trust Global Macro | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 54. -- Goldman Sachs TR Final Square | A | Dividend | J | T | | | | | |
| 55. -- Harbor FD High Yield BD FD instl CL HYFAX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 56. -- Invesco Comstock Fund | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 57. -- Janus Invt FD Flexible BD FD Class 1 JFLEX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 58. -- John Hancock FDS II Global Absolute Return | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 59. -- John Hancock Funds II Absolute Return Currency FD CL 1 | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 60. -- JP Morgan TR 1 Small Cap Equity Fund | A | Dividend | J | T | Buy | 12/08/16 | J | | |
| 61. -- JP Morgan TR II Core BD FD Select CL | D | Dividend | J | T | Buy | 09/07/16 | J | | |
| 62. -- Managers Funds Bond Fund MGFIX | A | Dividend | | | Sold | 12/07/16 | J | | |
| 63. -- Metropolitan West FDS Total Return BD FC CL 1 | D | Dividend | K | T | Buy (add'l) | 12/07/16 | J | | |
| 64. -- MFS SER TR 1 Value FD CL 1 | A | Dividend | | | Sold | 12/07/16 | J | | |
| 65. -- MFS SER TR X Emerging Mkts Debt FD CL 1 | A | Dividend | | | Sold | 12/07/16 | J | | |
| 66. -- Neuberger Berman Alternative FDS -- Long Short Fund Instl CL | A | Dividend | J | T | Buy | 09/07/16 | J | | |
| 67. -- Oppenheimer Intl BD FD Class Y | A | Dividend | | | Sold | 09/07/16 | J | | |
| 68. -- Pimco FDS Income Fund Class P | A | Dividend | | | Sold | 12/07/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MAHAN, James C. | 08/07/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- Pimco FDS Pac Invt Mgmt Ser Diversified Income FD Instl CL | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 70. -- Pimco FDS Pac Invt MGMT Ser Emerging Mkts BD FD Instl CL | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 71. -- Principal FDS Inc High Yield FD Instl CL | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 72. -- Principal FDS Inc Midcap Fund Instl Class | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 73. -- Thornburg Invt TR Invt Income Builder FD CL 1 | A | Dividend | | | Sold | 12/07/16 | J | | |
| 74. -- T Rowe Price Blue Chip Growth Fund | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 75. -- Voya Ser FD Inc Small CO FD Cl 1 | A | Dividend | | | Sold | 12/07/16 | J | | |
| 76. -- Wells Fargo Short Duration Govt't Bond Fund Class Inst | A | Dividend | | | Sold | 12/07/16 | K | | |
| 77. -- Wells Fargo Emerging Markets Equity Fund Class Inst | A | Dividend | J | T | Buy | 12/07/16 | J | | |
| 78. J & E Mahan Agency (Alpine) | C | Int./Div. | N | T | | | | | |
| 79. Mahan Heirs Partnership | A | Int./Div. | L | T | | | | | |
| 80. U.S. Bank | A | Int./Div. | M | T | | | | | |
| 81. | | | | | | | | | |
| 82. | | | | | | | | | |
| 83. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| MAHAN, James C. | 08/07/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In Part VII, under the IRA account, the Blackrock Funds II Strategic Funds entry on line 9 was inadvertently listed. There was an entry for Blackrock FDS II Core Bond Instl Class BFMCX on line 8 which was confused with Blackrock Funds II Strategic Funds on line 9.

In Part VII, under the Joint Tenancy account, the Blackrock Funds II Strategic Funds entry on line 48 was inadvertently listed. There was an entry for Blackrock FDS II Core Bond Instl Class BFMCX on line 47 which was confused with Blackrock Funds II Strategic Funds on line 48.

In Part VII, under the Joint Tenancy account, the Pimco FDS Income Fund Class P entry on line 68 was missing the entire name of the fund, which was Pimco FDS Income Fund Class P Invt Ser Total from the 2015 report. The asset was sold in 2016, as reflected on line 68 of the 2016 report.

In Part VII on the 2015 report, under the Joint Tenancy account, the Pimco FDS PAC INVT MGMT SER TOTAL entry on line 37 was a duplicate entry of line 36 and therefore was not reportable for the 2016 report.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James C. MAHAN**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544